United States District Court
Southern District of Texas
**ENTERED**
July 13, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAMES ANDRE JEFFERSON, § § Plaintiff, § VS. § EMPIRE TRUCK LINES INC § and § JULIAN SUAREZ PALACIOS § and § JOEL CAMPOS, § § Defendants. § | CIVIL ACTION NO. 4:19-CV-00149 |

## ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this cause of action has been reached. The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within thirty (30) days after the entry of this Order.

It is so Ordered.

SIGNED on this 8th day of July, 2021.

_____
Kenneth M. Hoyt
United States District Judge